# ULESFIA PRESCRIPTION LICE TREATMENT IS AVAILABLE



**ulesfia®**
(benzyl alcohol) Lotion 5%

NDC# 69202-0780-88

## Prescribe Ulesfia® Lotion— Leave Lice Breathless

- Non-neurotoxic mechanism of action[2]
- Pesticide Free
- Non-flammable
- Indicated for patients 6 months of age and older[2]
- Asphyxiates lice in 2 stages[1,2]
- Full saturation maximizes efficacy[2]



**Do you live in one of the 25 states** proven to have lice with "knock-down resistant mutations" rendering them **immune** to permethrin based over-the-counter treatments?[3]

1 Rx – both applications

---

**Indication**
- Ulesfia® (benzyl alcohol) Lotion is indicated for the topical treatment of head lice infestation in patients 6 months of age and older. Ulesfia® Lotion does not have ovicidal activity.

**Important Safety Information**
- Intravenous administration of products containing benzyl alcohol has been associated with neonatal gasping syndrome consisting of severe metabolic acidosis, gasping respirations, progressive hypotension, seizures, central nervous system depression, intraventricular hemorrhage, and death in preterm, low birth weight infants. Neonates (i.e. patients less than 1 month of age) or preterm infants with a corrected age of less than 44 weeks could be at risk for gasping syndrome if treated with Ulesfia®. Additional symptoms may include gradual neurological deterioration, seizures, intracranial hemorrhage, hematologic abnormalities, skin breakdown, hepatic and renal failure, bradycardia, and cardiovascular collapse.
- Avoid eye exposure. Ulesfia® may cause eye irritation. If Ulesfia® comes in contact with the eyes, flush them immediately with water.
- Ulesfia® Lotion may cause allergic or irritant dermatitis.
- Ulesfia® Lotion should only be used on children (6 months of age and older) under the direct supervision of an adult. Keep out of reach of children.
- Most common application site adverse reactions were site irritation (2%), and site anesthesia (hypoesthesia and hypoesthesia) (2%), and pain (1%).
- The most common adverse reactions are pruritus, erythema, pyoderma, and ocular irritation.

Please see full Prescribing Information at:
http://www.zylera.com/products-overview

**References:** 1. Meinking T, Villar ME, Vicaria M, et al. The clinical trials supporting benzyl alcohol lotion 5% (Ulesfia®): a safe and effective topical treatment for head lice (pediculosis humanus capitis). Pediatr Dermatol. 2010;27(1):19-24. 2. Ulesfia® (benzyl alcohol) Lotion 5% (package insert). Florham Park, NJ: Shionogi Inc; 2010. 3. Kyong Sup Yoon, et al. Journal of Medical Entomology, 2014.

Ulesfia® Lotion is a registered trademark of Shionogi Pharma, Inc.
©2014 Shionogi Inc. Florham Park, NJ. All rights reserved.
Ulesfia® Lotion is exclusively distributed by Zylera Pharmaceuticals
ULE0116-02/16