UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14108-CIV-MARRA

S.A.S.B. CORPORATION d/b/a
OKEECHOBEE DISCOUNT DRUG,
and ARCARE d/b/a BALD KNOB
MEDICAL CLINIC, individually and
as the representative of a class of
similarly situated persons,

Plaintiffs,

vs.

CONCORDIA PHARMACEUTICALS, INC.,
et al.,

Defendants.
_____/

## JUDGMENT

Judgment is hereby entered on behalf of Defendants Concordia Pharmaceuticals, Inc., Shionogi Pharma, Inc. and Lachlan Pharmaceuticals and against Plaintiffs, and Plaintiffs shall take nothing from these Defendants in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of December, 2017.

_____
KENNETH A. MARRA
United States District Judge